IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH ANTHONY, individually and on behalf
of all others similarly situated,
        Plaintiff,

v.                                          Civil Action No. 3:19-cv-608

CAPITAL ONE FINANCIAL
CORPORATION, et al.,
        Defendants.

## ORDER

This matter comes before the Court on the defendants' motion to stay. (Dk. No. 6.) The Court previously stayed nine cases related to the Capital One data breach incident. (*See* Dk. No. 12, 3:19-cv-555.) Since that time, the Honorable Claude M. Hilton transferred this case from the Alexandria Division to the Richmond Division for consolidation with the 3:19-cv-555 action for pretrial purposes. Accordingly, and for the purposes of judicial efficiency and economy, the Court GRANTS the motion to stay. (Dk. No. 6.) The Court STAYS all proceedings and deadlines in this case until the Judicial Panel on Multidistrict Litigation resolves the pending motions to transfer and consolidate filed in *In re Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019). The Court DIRECTS the defendants to file a status report with the Court within one (1) day of the JPML's decision on the motions to transfer and consolidate.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 August 2019
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge